In the Matter of MARY MACCONNELL, Respondent, v. WALTER G. MACCONNELL, Appellant.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.